THE HONORABLE DAVID G. ESTUDILLO

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR03-5114-DGE |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE ON MR. CAIN'S MOTION FOR COMPASSIONATE RELEASE [Dkt. 56] |
| v. | |
| DAVID JAMES CAIN, | |
| Defendant. | |

The Court, having reviewed the Stipulated Motion of the Parties to Extend the Briefing Schedule for Mr. Cain's Motion for Compassionate Release (dkt. 56), hereby ORDERS that the motion is GRANTED, and the briefing schedule shall be as follows:

1. Defense counsel's Supplement to Mr. Cain's Motion for Compassionate Release shall be filed on or before **March 8, 2024**;

2. Government's Response to Defense supplement shall be filed on or before **April 5, 2024**;

3. Defense Reply shall be filed on or before **April 19, 2024**.

DONE this 9th day of February 2024.

David G. Estudillo
United States District Judge

ORDER SETTING EXTENDING BRIEFING SCHEDULE
(*United States v. Cain*; CR03-5114-DGE) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

Presented by:

*s/ Heather Carroll*
Assistant Federal Public Defender

ORDER SETTING EXTENDING BRIEFING SCHEDULE
(*United States v. Cain*; CR03-5114-DGE) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**