THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR03-5114-DGE |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE ON MR. CAIN'S MOTION FOR COMPASSIONATE RELEASE |
| v. | |
| DAVID JAMES CAIN, | |
| Defendant. | |

The Court, having reviewed the Stipulated Motion of the Parties to Extend the Briefing Schedule for Mr. Cain's Motion for Compassionate Release (dkt. 68), hereby ORDERS that the motion is GRANTED, and the briefing schedule shall be as follows:

1. Defense counsel's Supplement to Mr. Cain's Motion for Compassionate Release shall be filed on or before **March 12, 2024**;

2. Government's Response to Defense supplement shall be filed on or before **April 9, 2024**;

3. Defense Reply shall be filed on or before **April 23, 2024**.

DONE this 11th day of March 2024.

David G. Estudillo
United States District Judge

Presented by:
*s/ Heather Carroll*
Assistant Federal Public Defender

ORDER SETTING EXTENDING BRIEFING SCHEDULE
(*United States v. Cain*; CR03-5114-DGE) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710