THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR03-5114-DGE |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND REPLY DEADLINE |
| DAVID J. CAIN, | |
| Defendant. | |

Based on Mr. Cain's Unopposed Motion to Extend the Reply Deadline, in the above-captioned case, the Court finds that such an extension would serve the ends of justice and be the most efficient use of judicial resources, therefore,

IT IS ORDERED that the Reply deadline is extended to June 14, 2024.

DONE this 29th day of April 2024.

David G. Estudillo
United States District Judge

Presented by:

s/ *Heather Carroll*
Assistant Federal Public Defender
Attorney for David J. Cain

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND REPLY DEADLINE
(*United States v. Cain* / CR03-5114-DGE) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**